IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-01077-CMA-BNB

TW TELECOM HOLDINGS INC., f/k/a Time Warner Telecom Holdings Inc.,

    Plaintiff,

v.

XO COMMUNICATIONS SERVICES, INC.,

    Defendant.

## ORDER GRANTING JOINT MOTION TO STAY

This matter is before the Court on the parties' Joint Motion to Stay Proceedings to Allow for Alternative Dispute Resolution (Doc. # 18). The Court having reviewed the motion and good cause being shown, IT IS HEREBY ORDERED that:

1. Pursuant to D.C.COLO.LCivR 16.6, all further proceedings, obligations, filings, and/or deadlines in this action shall be STAYED for 90 days, or pending further order of this Court;

2. **On or before November 8, 2010**, the parties shall file a joint status report with the Court, indicating either (1) the need for more time to continue the settlement negotiations, (2) that settlement has been reached, or (3) that settlement does not appear likely and the Court shall re-establish deadlines under Fed. R. Civ. P. Rules 12, 16 and 26.

DATED: August __9__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge